

# Fourth Court of Appeals
## San Antonio, Texas

September 4, 2019

No. 04-19-00553-CV

**IN RE** James Clinton **COYLE**, Janice Presley Coyle a/k/a Janice Presley and Cody Presley

Original Mandamus Proceeding[1]

### ORDER

On August 19, 2019, relators filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 4, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of September, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 17-12-24620-CV, styled *Coyle Family Farm, Inc., et al. v. James Clinton Coyle, et al.*, pending in the 38th Judicial District Court, Medina County, Texas, the Honorable H. Paul Canales presiding.